# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 25-7132

**Case Name** Holloway v. County of Orange et al.

**Counsel submitting this form**  Narine Mkrtchyan

**Represented party/ parties**  Jeremy Holloway

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiff Jeremy Holloway was camping at a park when defendants Orange County Sheriff's deputies responded to a 911 call for a domestic dispute. They detained and searched Holloway pending their investigation, and left with no arrest as the incident was unfounded to him. They returned the second time after another 911 call, detained and arrested Holloway with excessive force and application of taser, causing him serious injuries.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

*Briefly describe the result below and the main issues on appeal.*

Plaintiff obtained a modest verdict for damages including punitive damages after multiple re-trials. His punitive damages award was reduced based on Rule 50 motion ruling. His request for attorney's fees was reduced significantly. The issues will be cumulative prejudice to Plaintiff's cause from the dismissal of the multiple defendants on qualified immunity grounds at Rule 50 motions, severe reduction of attorney's fees, grant of mistrial for frivolous reasons, grant of motion for summary judgment on Plaintiff's claims, rulings at motions in limine, ruling to grant a 4th trial on all issues after a verdict on liability at 3rd trial.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

**Signature** | /s/Narine Mkrtchyan | **Date** | 11/13/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**     *2*     *Rev. 12/01/2018*