# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 25-7297

**Case Name** Holloway v. County of Orange

**Counsel submitting this form** James C. Jardin

**Represented party/parties** Chad Renegar

*Briefly describe the dispute that gave rise to this lawsuit.*

Defendant Renegar and additional deputies of the Orange County Sheriff's Department were dispatched in response to 911 calls of a domestic violence disturbance at O'Neill Park, located in unincorporated Orange County. After clearing the initial call and leaving, deputies including Renegar were dispatched back to O'Neill Park after 911 calls were made reporting Holloway was searching for the person who called the police on him and had entered another camper's RV, and that a little girl was screaming (which elevated the response to a Code 3, lights and sirens response). After encountering Holloway at his campsite, deputies, approached with guns drawn and ordered Holloway to get on the ground. Holloway refused and a physical altercation followed, resulting in Holloway's arrest. Holloway brought suit raising claims for civil rights violations due to excessive force.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**        *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

After a total of four trials, Holloway received a jury verdict in the amount of $337,000 for excessive force, as well as $45,000 in punitive damages against Renegar. After the third trial, Renegar's Rule 50(b) motion on qualified immunity was granted as to his use of a taser during the altercation but denied as to all other uses of force. However, the trial court allowed testimony in trial number four that the use of the taser was excessive force. Post-trial motions resulted in judgment as a matter of law for some defendants, but not as to Renegar. Holloway was awarded attorney's fees in the amount of $848,754.30 and $100,435.86 in costs and expenses.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Holloway currently is seeking enforcement of judgment against Renegar. Renegar intends to post bond to stay enforcement pending appeal.

**Signature** /S/ James C. Jardin     **Date** 11/24/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

2