No. 25-7132

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

JEREMY HOLLOWAY,
Plaintiff/Appellant-Respondent,

v.

COUNTY OF ORANGE, et al,
Defendants/Appellants-Respondents.

_____

On Appeal from an Order of the United States District Court
For the Central District of California
Honorable David O. Carter
Case Nos. 8:19-cv-01514-DOC-DFM

_____

## MOTION REQUESTING LEAVE TO TRANSMIT PHYSICAL
## EXHIBITS (VIDEO AND AUDIO) (9TH CIRCUIT, RULE 27-14)
## DECLARATION OF NARINE MKRTCHYAN

_____

Narine Mkrtchyan - #243269
655 North Central Ave., Suite 1700
Glendale, California 91203
(818) 388-7022

Attorney for Appellant-Respondent
Jeremy Holloway

**MOTION FOR REQUEST TRANSMITTAL OF EXHIBITS (VIDEO AND AUDIO)**

Plaintiff/Appellant-Respondent Jeremy Holloway submits this motion requesting leave for transmittal of one physical exhibit (flash drive) to the court of appeals.

The flash drive contains video and audio exhibits which were part of the record related to Plaintiff's Opposition to the Defendants' motion for summary judgment and Plaintiff's Opposition to Defendants' motion for directed verdict, but cannot be filed through CM/ECF.

The flash drive contains the following exhibits.

1. Exhibit 7 to Plaintiff's opposition to the Defendants' motion for summary judgment

2. Exhibit D to Plaintiff's opposition to the Defendants' motion for directed verdict

Circuit rule provides that where a physical exhibit necessary for appellate review is not available on the electronic docket, parties may file a motion with the Court of Appeals requesting leave for transmission to the Court of such physical exhibit. This should be included with the Court of Appeals record to complete the record on this appeal. As such Plaintiff Holloway requests leave to transmit the flash drive directly to the Court of Appeals per Circuit Rule 27-14 with instructions how to use them.

Dated: April 16, 2026

Respectfully submitted,

By /s/_____
Narine Mkrtchyan
Attorney for Plaintiff
Jeremy Holloway

## DECLARATION OF NARINE MKRTCHYAN

I, Narine Mkrtchyan, declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to the Ninth Circuit Court of Appeals. I represent appellant-respondent Jeremy Holloway in the appeal now pending before this court.

2. I have personal knowledge of the facts set forth in this declaration, and if sworn as a witness, would completely testify to such facts.

3. The flash drive containing audio and video exhibits were part of the record on Plaintiff's Opposition to Defendants' Motion for Summary Judgement and Plaintiff's Opposition to Defendants' Motion for Directed Verdict. The flash drive is not available on the electronic docket.

   The flash drive contains the following exhibits:

   A. Video recordings (exhibit 7 to Plaintiff's opposition to the motion for summary judgment)

   B. Video recording (exhibit D to Plaintiff's opposition do Defendants' motion for directed verdict)

4. Therefore, appellant requests leave to transmit these exhibits with instructions on use, filed previously on the District Court Docket, as Doc. 140 to the Court of Appeals as part of the pending appeal.

5. This request is made in good faith and for the reasons set forth above and not for any improper purpose.

I declare under penalty of perjury that the foregoing is true and correct and this declaration is executed on 16th day of April, 2026 at Los Angeles, California.

/s/_____
Narine Mkrtchyan

9th Circuit Case Number: 25-7132

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 16, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


Signature */s/*_____
                Narine Mkrtchyan