UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEREMY HOLLOWAY,<br><br>       Plaintiff - Appellant,<br><br>  v.<br><br>COUNTY OF ORANGE; et al.,<br><br>       Defendants - Appellees,<br><br>DOES, 1-20,<br><br>       Defendant. | No. 25-7132<br><br>D.C. No. 8:19-cv-01514-DOC-DFM<br>Central District of California,<br>Santa Ana<br><br>ORDER |
| JEREMY HOLLOWAY,<br><br>       Plaintiff - Appellee,<br><br>  v.<br><br>Deputy CHAD RENEGAR, individually, as a peace officer,<br><br>       Defendant - Appellant,<br><br>and<br><br>COUNTY OF ORANGE; et al.,<br><br>       Defendants. | No. 25-7297<br><br>D.C. No. 8:19-cv-01514-DOC-DFM<br>Central District of California,<br>Santa Ana |

The motion (Docket Entry No. 30) for an extension of time to file a response to the motion to strike is granted. The response is due July 13, 2026.

The motion (Docket Entry No. 29) to strike portions of the first brief on cross-appeal and any responses are referred to the panel that decides the merits of this case.

The request (included in Docket Entry No. 29) to stay appellate proceedings is denied.

The second briefs on cross-appeal remain due June 25, 2026. The third brief on cross-appeal is due July 27, 2026. The optional cross-appeal reply briefs are due 21 days after the third brief on cross-appeal is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

25-7132