DOCKET NOS. 25-7132, 25-7297

---

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

---

JEREMY HOLLOWAY,
Plaintiff-Appellant-Appellee,

vs.

CHAD RENEGAR,
Defendant-Appellee-Appellant.

---

On Appeal from a Decision of the
United States District Court for the Central District of California
Hon. David Carter
District Court Case No. 8:19-cv-01514-DOC-DFM

---

**CHAD RENEGAR'S SUPPLEMENTAL EXCERPTS OF RECORD**
**VOLUME 1 OF 9**

---

Michael L. Wroniak, Esq. (State Bar No. 210347) mwroniak@ccllp.law
Christie B. Swiss, Esq. (State Bar No. 245151) cswiss@ccllp.law
*James C. Jardin, Esq. (State Bar No. 187482) jjardin@ccllp.law
COLLINS + COLLINS LLP
750 The City Drive, Suite 400, Orange, CA 92868
(714) 823-4100; Fax (714) 823-4101

Attorneys for Defendant-Appellee-Appellant
CHAD RENEGAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**FILED**

CLERK, U.S. DISTRICT COURT

05/21/2025

CENTRAL DISTRICT OF CALIFORNIA

BY: _____ kdu _____ DEPUTY

| | |
|---|---|
| JEREMY HOLLOWAY<br><br>Plaintiff,<br><br>vs.<br><br>CHAD RENEGAR and JAMESON GOTTS<br><br>Defendants. | Case No. 8:19-CV-01514-DOC-DFM<br><br><br>**SPECIAL VERDICT**<br>REDACTED |

We, the jury in the above-entitled action, render the following findings of fact by this Verdict as to the issues submitted to us.

**Question No. 1:**

Did Deputy Jameson Gotts use excessive force on Plaintiff Jeremy Holloway?

Yes __X__ No _____

**Question No. 2:**

Did Deputy Chad Renegar use excessive force on Plaintiff Jeremy Holloway?

Yes __X__ No _____

If your answer to Question Nos. 1 and 2 is "no," stop your deliberations and answer no further questions. Please have your Foreperson sign and date this Verdict Form.

If your answer to either Question No. 1 or 2 is "yes," please proceed to Question No. 3.

**Question No. 3:**

Did the use of force cause Plaintiff Jeremy Holloway to suffer any damages?

Yes ☒ No _____

If your answer to Question No. 3 is "no," stop your deliberations and answer no further questions. Please have your Foreperson sign and date this Verdict Form.

If your answer to Question No. 3 is "yes," please proceed to Question No. 4.

**Question No. 4:**

What amount of damages do you award to Plaintiff Jeremy Holloway?

$337,000

Proceed to Question No. 5.

1-RenSER-00003          1-RenSER-00003

**Question No. 5:**

Is Plaintiff Jeremy Holloway entitled to an award of punitive damages?

Answer:

Deputy Jameson Gotts    Yes __X__    No _____

Deputy Chad Renegar     Yes __X__    No _____

If you have answered "Yes" to any Defendant in Question No. 5, proceed to Question No. 6. If you have answered "No" to all Defendants in Question No. 5, there are no remaining questions. Please sign the Verdict Form.

**Question No. 6:**

In what amounts do you award punitive damages?

Answer:

Deputy Jameson Gotts    $30,000

Deputy Chad Renegar     $45,000

Please have your Foreperson sign and date this Verdict Form.

DATED: 5/21/25

FOREPERSON

1-RenSER-00004          1-RenSER-00004