DOCKET NOS. 25-7132, 25-7297

---

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

---

JEREMY HOLLOWAY,
Plaintiff-Appellant-Appellee,

vs.

CHAD RENEGAR,
Defendant-Appellee-Appellant.

---

On Appeal from a Decision of the
United States District Court for the Central District of California
Hon. David Carter
District Court Case No. 8:19-cv-01514-DOC-DFM

---

**CHAD RENEGAR'S SUPPLEMENTAL EXCERPTS OF RECORD
INDEX VOLUME**

---

Michael L. Wroniak, Esq. (State Bar No. 210347) mwroniak@ccllp.law
Christie B. Swiss, Esq. (State Bar No. 245151) cswiss@ccllp.law
*James C. Jardin, Esq. (State Bar No. 187482) jjardin@ccllp.law
COLLINS + COLLINS LLP
750 The City Drive, Suite 400, Orange, CA 92868
(714) 823-4100; Fax (714) 823-4101

Attorneys for Defendant-Appellee-Appellant
CHAD RENEGAR

| VOLUME 1 OF 9 | | | |
|---|---|---|---|
| **Description** | **Date** | **Dkt. No.** | **Pages** |
| Special Verdict | 5/21/2025 | 830 | 2-4 |

| VOLUME 2 OF 9 | | | |
|---|---|---|---|
| **Description** | **Date** | **Dkt. No.** | **Pages** |
| Trial Transcript, Day 3, Volume 3 | 5/5/2025 | 862 | 6-52 |
| Trial Transcript, Day 3, Volume 4 | 5/5/2025 | | 53-153 |

| VOLUME 3 OF 9 | | | |
|---|---|---|---|
| **Description** | **Date** | **Dkt. No.** | **Pages** |
| Trial Transcript, Day 6 | 5/8/2025 | | 155-448 |

| VOLUME 4 OF 9 | | | |
|---|---|---|---|
| **Description** | **Date** | **Dkt. No.** | **Pages** |
| Trial Transcript, Day 10, Volume 1 | 5/14/25 | | 450-614 |
| Trial Transcript, Day 10, Volume 2 | 5/14/2025 | 852 | 615-738 |

| VOLUME 5 OF 9 | | | |
|---|---|---|---|
| **Description** | **Date** | **Dkt. No.** | **Pages** |
| Trial Transcript, Volume 11 | 5/16/2025 | | 740-1016 |

| VOLUME 6 OF 9 | | | |
|---|---|---|---|
| **Description** | **Date** | **Dkt. No.** | **Pages** |
| Trial Transcript, Day 12, Volume 3 | 5/19/2025 | | 1018-1170 |
| Trial Exhibit 39 – Probable Cause Declaration | | | 1171 |
| Trial Exhibit 45 – Call Detail Information Report | | | 1172-1186 |

| VOLUME 7 OF 9 | | | |
|---|---|---|---|
| **Description** | **Date** | **Dkt. No.** | **Pages** |
| Declaration of Christie B. Swiss ISO Opposition to Plaintiff's Motion for Award of Attorney Fees and Costs | 8/25/2025 | 892-1 | 1188-1320 |

| VOLUME 7 OF 9 | | | |
|---|---|---|---|
| Declaration of John D. O'Connor ISO Opposition to Plaintiff's Motion for Award of Attorney Fees and Costs | 8/25/2025 | 892-2 | 1321-1394 |
| Declaration of Christie B. Swiss ISO Defendants' Motion for New Trial | 6/16/2025 | 845-2 to 845-11 | 1395-1477 |
| Declaration of Christie Swiss, Esq. ISO Application to File Under Seal | 6/13/2025 | 842-1 | 1478-1486 |

| VOLUME 8 OF 9 | | | |
|---|---|---|---|
| **Description** | **Date** | **Dkt. No.** | **Pages** |
| Declaration of F. Shell Harrell ISO Defendants' Joint Motion for New Trial | 6/16/2025 | 846 | 1488-1736 |

| VOLUME 9 OF 9 | | | |
|---|---|---|---|
| **Description** | **Date** | **Dkt. No.** | **Pages** |
| Decl. of Christie B. Swiss ISO Deputy Chad Renegar's Renewed Motion for Judgment as a Matter of Law | 5/16/2025 | 834-1 | 1738-1852 |
| Omnibus Order on Post-Trial Motions Submitted After the Third Trial | 3/18/2024 | 679 | 1852-1869 |
| Decl. of Brian Fuerbach ISO Motion for Summary Adjudication | 10/23/2020 | 105-1 | 1870-1873 |
| Decl. of Chad Renegar ISO Motion for Summary Adjudication | 10/23/2020 | 105-2 | 1874-1894 |
| Decl. of Tamara Heathcote ISO Motion for Summary Adjudication | 10/23/2020 | 105-3 | 1895-1917 |
| Notice of Appeal | 11/12/2025 | 920 | 1918-1920 |
| Docket Report | 7/27/2026 | | 1921-2008 |

3