UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEREMY HOLLOWAY,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>COUNTY OF ORANGE; et al.,<br><br>        Defendants - Appellees,<br><br>DOES, 1-20,<br><br>        Defendant. | No. 25-7132<br><br>D.C. No. 8:19-cv-01514-DOC-DFM<br>Central District of California,<br>Santa Ana<br><br>ORDER |
| JEREMY HOLLOWAY,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>Deputy CHAD RENEGAR, individually, as a peace officer,<br><br>        Defendant - Appellant,<br><br>and<br><br>COUNTY OF ORANGE; et al.,<br><br>        Defendants. | No. 25-7297<br><br>D.C. No. 8:19-cv-01514-DOC-DFM<br>Central District of California,<br>Santa Ana |

The motion (Docket Entry No. 36) by defendants County of Orange, et al.,

for an extension of time to file the second brief on cross-appeal is granted.

The second brief on cross-appeal for defendant Chad Renegar has been filed. The second brief on cross-appeal for defendants County of Orange, et al., is due August 26, 2026. The third brief on cross-appeal is due September 25, 2026. The optional cross-appeal reply briefs are due 21 days after the third brief on cross-appeal is served.

The motion to strike portions of the first brief on cross-appeal has been referred to the panel that decides the merits of this case and will be resolved after the completion of briefing.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

25-7132