**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

Case No. NINTH CIRCUIT CASE Nos. 25-7132, 25-7297

---

JEREMY HOLLOWAY,
Plaintiff – Appellant

vs.

THE COUNTY OF ORANGE, DEPUTY CHAD RENEGAR, individually and as a peace officer, DEPUTY JOEL GONZALEZ, individually and as a peace officer, DEPUTY KEVIN PAHEL, individually and as a peace officer, DEPUTY BRANDON BILLINGER, individually and as a peace officer, DEPUTY MARK BORBA, individually and as a peace officer, DEPUTY JAMESON GOTTS individually and as a peace officer, DEPUTY JUSTIN GUNDERSON, individually and as a peace office
Defendants – Appellees

---

On Appeal from the
United States District Court for the Central District of California,
(District Court No. 8:19-cv-01514-DOC-DFM)
The Hon. David O. Carter Judge Presiding

---

**APPELLEES' SUPPLEMENTAL EXCERPTS OF RECORD**
**INDEX VOLUME**

---

CATHERINE A. NALTSAS [SBN 262259]
JESSE K. COX [#SBN 285218]
LYNBERG & WATKINS, APC
1100 Town & County Road, Suite 1450
Orange, California 92868
Tel: (714) 937-1010/Fax: (714) 937-1003
**Attorneys for Appellees**

**VOLUME 1 OF 6**


| DESCRIPTION | DATE | DKT. | PAGES |
|---|---|---|---|
| Order Granting Defendants' Oral Motion for Judgment as Matter of Law | 08/27/2021 | 287 | 2-7 |
| Civil Minute Order Declaring Mistrial | 09/07/2021 | 296 | 8 |
| Civil Minute Order Granting Mistrial – Trial 2 | 12/16/2022 | 468 | 9 |
| Special Verdict | 05/21/2025 | 830 | 10-12 |
| Order Granting Defendant Jameson Gotts' Judgment as a Matter of Law [833] Order Denying Defendant Chad Renegar's Judgment as a Matter of Law (834); Order Denying Defendants' Motion for a New Trial | 07/24/2025 | 881 | 13-49 |


**VOLUME 2 OF 6**


| DESCRIPTION | DATE | DKT. | PAGES |
|---|---|---|---|
| Defendant County of Orange's Notice of Motion and Motion for Summary Judgment Re: Monell; Memorandum of Points and Authorities; Declarations of Assistant Sheriff Jon Briggs and S. Frank Harrell (50 pgs) | 10/23/2020 | 102 | 51-100 |
| Defendant County of Orange's Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment (5pgs) | 10/23/2020 | 103 | 101-105 |

| | | | |
|---|---|---|---|
| Individual Defendants' Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion Summary Adjudication (10pp) | 10/23/2020 | 106 | 106-115 |
| Individual Defendants' Motion of Summary Adjudication; Memorandum of Points and Authorities (27 pgs) | 10/23/2020 | 105 | 116-142 |
| Plaintiff's Disputed Statement of Facts/Monell in Opposition to Defendant County of Orange's Motion for Summary Judgment or Summary Adjudication (22 pages) | 11/30/2020 | 123-1 | 143-164 |
| Plaintiff's Disputed Statement of Facts in Opposition to Defendant County of Orange's Motion for Summary Judgment or Summary Adjudication (24 pages) | 11/30/2020 | 125-1 | 165-188 |
| Plaintiff's Separate Statement of Disputed Material Facts in Opposition to Defendants' Motion for Summary Judgment or Summary Adjudication (58 pgs) | 11/30/2020 | 125-2 | 189-246 |
| Trial Transcript, Trial 1, Day 5, Vol I | 08/23/2021 | 892-1 | 247-254 |
| Trial Transcript, Trial 2, Day 2, Vol II | 12/07/2022 | 892-1 | 255-259 |
| Trial Transcript, Trial 2, Day 3 Vol II | 12/08/2022 | 936-8 | 260-264 |
| Trial Transcript, Trial 2, Day 9 | 12/16/2022 | 936-9 | 265-274 |

| | | | |
|---|---|---|---|
| Trial Transcript, Trial 3, Day 3, Vol II | 07/20/2023 | 936-11 | 275-279 |
| Trial Transcript, Trial 3, Day 10, Vol I | 08/03/2023 | | 280-285 |
| Trial Transcript, Trial 4, Day 3, Vol III | 05/05/2025 | 862 | 286-290 |
| Trial Transcript, Trial 4, Excerpted Portion of Jury Trial | 05/06/2025 | 936-19 | 291-296 |
| Trial Transcript, Trial 4, Vol I | 05/06/2025 | 846-3 | 297-300 |
| Trial Transcript, Trial 4, Day 5, Vol I | 05/07/2025 | 936-15<br>833-1 | 301-318 |
| Trial Transcript, Trial 4, Day 6 | 05/08/2025 | 833-1 | 319-329 |
| Trial Transcript, Trial 4, Day 7 | 05/09/2025 | 833-1<br>936-17 | 330-342 |


**VOLUME 3 OF 6**


| DESCRIPTION | DATE | DKT. | PAGES |
|---|---|---|---|
| Trial Transcript, Trial 4, Day 9, Vol II | 05/13/2025 | 936-18 | 344-349 |
| Trial Transcript, Trial 4, Day 10 | 05/14/2025 | 852 | 350-382 |
| Trial Transcript, Trial 4, Day 11 | 05/16/2025 | | 383-388 |
| Trial Transcript, Trial 4, Day 12, Vol III | 05/19/2025 | 936-16 | 389-394 |
| Trial Transcript, Trial 4, Day 13, Vol I | 05/20/2025 | 936-20 | 395-400 |
| Deputy Jameson Gotts' Memorandum of Points and Authorities in Support of Motion for Judgment as a Matter of Law; Declaration of Catherine A. Naltsas; Exhibits | 05/30/2025 | 833 | 401-428 |

| | | | |
|---|---|---|---|
| Declaration of Catherine A. Naltsas in Support of Defendant Deputy Gotts Memorandum of Points and Authorities in Support of Motion for Judgment as a Matter of Law | 05/30/2025 | 833-1 | 429-433 |

**VOLUME 4 OF 6**

| DESCRIPTION | DATE | DKT. | PAGES |
|---|---|---|---|
| Exhibit D to the Declaration of Catherine A. Naltsas in Support of Deputy Gotts Memorandum of Points and Authorities in Support of Motion for Judgment as a Matter of Law | 05/302025 | 833-1 | 435-729 |
| | | | |

**VOLUME 5 OF 6**

| DESCRIPTION | DATE | DKT. | PAGES |
|---|---|---|---|
| Exhibit E to the Declaration of Catherine A. Naltsas in Support of Deputy Gotts Memorandum of Points and Authorities in Support of Motion for Judgment as a Matter of Law | 05/30/2025 | 833-1 | 731-906 |
| | | | |

**VOLUME 6 OF 6**

| DESCRIPTION | DATE | DKT. | PAGES |
|---|---|---|---|
| Exhibit I to the Declaration of Catherine A. Naltsas in Support of Deputy Gotts Memorandum of Points and Authorities in Support of Motion for Judgment as a Matter of Law | 05/30/2025 | 833-1 | 908-1083 |
| Exhibit J to the Declaration of Catherine A. Naltsas in Support of Deputy Gotts Memorandum of Points and Authorities in Support of | 05/30/2025 | | 1084-1088 |

| | | | |
|---|---|---|---|
| Motion for Judgment as a Matter of Law | | | |
| Trial Exhibit – Deputy James Gotts Report of Incident | 05/05/2025 | P-035-3 | 1089 |
| Trial Exhibit – Call Detail Information Report | 05/05/2025 | 45 | 1090-1104 |
| | | | |